**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Uvaldo CARRILLO–MARTINEZ, a.k.a.
Uvaldo Carrilo–Martinez, a.k.a. Ubaldo
Carrillo, a.k.a. Juan Martinez
Equovelo, Defendant–Appellant.**

Nos. 14–10354, 14–10358.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2015.*

Filed Aug. 3, 2015.

James Eric Keller, Assistant U.S., Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Robert W. Story, Story Law Group, Reno, NV, for Defendant–Appellant.

Ubaldo Carrillo, Oakdale, LA, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

In these related appeals, Uvaldo Carrillo–Martinez appeals his guilty-plea convictions and 120–month concurrent sentences for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, and unlawful reentry by a deported, removed, or excluded alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Carrillo–Martinez's counsel has filed briefs stating that there are no grounds for relief, along with motions to withdraw as counsel of record. Carrillo–Martinez has filed a pro se supplemental brief. No answering brief has been filed.

Carrillo–Martinez waived his right to appeal his convictions and sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss these appeals. *See id.* at 988.

To the extent Carrillo–Martinez argues in his pro se brief that counsel provided ineffective assistance, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259–60 (9th Cir.2011).

Counsel's motions to withdraw are **GRANTED.**

Appeal Nos. 14–10354 and 14–10358 **DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.